UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date:      Jul 22, 2026

UNITED STATES OF AMERICA

v.

**LAVON JONES**

INDICTMENT

NO.    3:26-cr-88-DJH
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
18 U.S.C. § 5841
18 U.S.C. § 5845(a)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
26 U.S.C. § 5872
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
### (Illegal Possession of a Machine Gun)

On or about July 12, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAVON JONES**, did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), that is, one Machinegun Conversion Device, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

## COUNT 2
### (Illegal Possession of an Unregistered Firearm)

On or about July 12, 2026, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **LAVON JONES**, did knowingly possess a Machinegun Conversion

Device, bearing no serial number, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871.

<u>NOTICE OF FORFEITURE</u>

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), and Title 26, United States Code, Sections 5841, 5845(a), 5861(d), and 5871, as alleged in this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **LAVON JONES**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense including, but not limited to, a Glock GMBH, model 19GEN5, 9-millimeter handgun, bearing serial number CCAZ488, ammunition, and one Machinegun Conversion Device bearing no serial number.

A TRUE BILL.

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:JAR:07-22-26

2

UNITED STATES OF AMERICA v. **LAVON JONES**

## PENALTIES

Count 1:             NM 10 yrs./$250,000/both/NM 3yrs. Supervised Release
Count 2:             NM 10 yrs./$10,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:              Clerk, U.S. District Court
                         106 Gene Snyder U.S. Courthouse
                         601 West Broadway
                         Louisville, KY  40202
                         502/625-3500

BOWLING GREEN:           Clerk, U.S. District Court
                         120 Federal Building
                         241 East Main Street
                         Bowling Green, KY  42101
                         270/393-2500

OWENSBORO:               Clerk, U.S. District Court
                         126 Federal Building
                         423 Frederica
                         Owensboro, KY  42301
                         270/689-4400

PADUCAH:                 Clerk, U.S. District Court
                         127 Federal Building
                         501 Broadway
                         Paducah, KY  42001
                         270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.